```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 39395
   TERESA V FOOTE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6613


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/22/2005 and was confirmed 12/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.86% from remaining funds.

     The case was paid in full 10/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
PAYDAY ONE                  UNSECURED       NOT FILED           .00             .00
HSBC MORTGAGE SERVICES      CURRENT MORTG         .00           .00             .00
HSBC MORTGAGE SERVICES      MORTGAGE ARRE      929.71           .00          929.71
CITY OF MARKHAM             SECURED NOT I  NOT FILED            .00             .00
COOK COUNTY TREASURER       SECURED            439.11           .00          439.11
CODILIS & ASSOCIATES ^      NOTICE ONLY    NOT FILED            .00             .00
WFS FINANCIAL               SECURED           9975.00       1244.35         9975.00
WFS FINANCIAL               UNSECURED OTH      293.53           .00           37.94
ALLSTATE INSURANCE          UNSECURED       NOT FILED           .00             .00
NEBRASKA STUDENT LOAN PR    UNSECURED         7883.16           .00         1014.09
AMERICAN GENERAL FINANCE    UNSECURED       NOT FILED           .00             .00
AMERICAN INTERCONTINETAL    UNSECURED         3565.00           .00          458.60
AT & T BANKRUPCTY           UNSECURED       NOT FILED           .00             .00
COMCAST                     UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED           .00             .00
DINERS CLUB INTERNATIONA    UNSECURED       NOT FILED           .00             .00
MARKHAM WATER DEPT          UNSECURED       NOT FILED           .00             .00
MCI RESIDENTIAL SERVICES    UNSECURED       NOT FILED           .00             .00
PARK DANSEN                 NOTICE ONLY    NOT FILED            .00             .00
NICOR GAS                   UNSECURED          783.76           .00          100.82
ONE CLICK CASH              UNSECURED       NOT FILED           .00             .00
SAFECO INSURANCE            UNSECURED       NOT FILED           .00             .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK            NOTICE ONLY    NOT FILED            .00             .00
TINLEY WOODS  SURGERY CE    UNSECURED           87.00           .00           11.19
US DEPT OF EDUCATION        UNSECURED        14265.66           .00         1835.13
ZALUTSKY & PINSKI LTD       REIMBURSEMENT     194.00            .00          194.00
COOK COUNTY TREASURER       UNSECURED       NOT FILED           .00             .00
TRIAD FINANCIAL CORP        SECURED NOT I        .00            .00             .00
TRIAD FINANCIAL CORP        UNSECURED        10243.92           .00         1317.78
ZALUTSKY & PINSKI LTD       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                         1,342.28


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 39395 TERESA V FOOTE
```

```
DEBTOR REFUND              REFUND                                      900.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  22,500.00

PRIORITY                                           194.00
SECURED                                         11,343.82
     INTEREST                                    1,244.35
UNSECURED                                        4,775.55
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,342.28
DEBTOR REFUND                                      900.00
                        ---------------     ---------------
TOTALS                   22,500.00              22,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE